

# Fourth Court of Appeals

## San Antonio, Texas

### MEMORANDUM OPINION

No. 04-14-00470-CV

**IN THE INTEREST OF A.G.**, a Child

From the 285th Judicial District Court, Bexar County, Texas
Trial Court No. 2013-PA-01929
Honorable Fred Shannon, Judge Presiding

Opinion by:     Luz Elena D. Chapa, Justice

Sitting:         Marialyn Barnard, Justice
                Rebeca C. Martinez, Justice
                Luz Elena D. Chapa, Justice

Delivered and Filed:  November 12, 2014

MOTION TO WITHDRAW GRANTED; AFFIRMED

Angelica G.[1] appeals the trial court's order terminating her parent-child relationship with

A.G. Appellant's court-appointed appellate attorney filed a motion to withdraw and a brief

containing a professional evaluation of the record, demonstrating there are no arguable grounds to

be advanced, and concluding the appeal is frivolous. The brief meets the requirements of *Anders*

*v. California*, 386 U.S. 738 (1967). *See In re R.R.*, No. 04-03-00096-CV, 2003 WL 21157944, *4

(Tex. App.—San Antonio May 21, 2003, order) (applying *Anders* procedure to appeals from orders

terminating parental rights), *disp. on merits*, 2003 WL 22080522 (Tex. App.—San Antonio Sept.

10, 2003, no pet.) (mem. op.). Appellant was provided copies of the brief and the motion to

---

[1] To protect the identity of the minor child, we refer to the mother by her first name and to the child by initials. *See* TEX. FAM. CODE ANN. § 109.002(d) (West 2014); TEX. R. APP. P. 9.8.

withdraw and was informed of her right to review the record and file her own brief. In addition, counsel advised appellant to immediately file a motion in this court if she wished to review the appellate record and enclosed a form motion for that purpose. *See Kelly v. State*, 436 S.W.3d 313 (2014); *In re R.R.*, 2003 WL 21157944, at *4. Appellant did not request access to the record. The court then set a deadline for appellant to file a pro se brief. Appellant did not file a pro se brief.

We have reviewed the record and the attorney's *Anders* brief and we agree with counsel that the appeal is without merit. Accordingly, we grant the motion to withdraw and affirm the trial court's order.

Luz Elena D. Chapa, Justice